IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE AT COLUMBIA

AMERICAN WESTERN HOME
INSURANCE COMPANY,

    PLAINTIFF

VERSUS                                         NUMBER: 1:07-CV-0083
                                                               JUDGE HAYNES

JAMES G. ALLEN, TWIN CEDAR
LOGGING, LLC., GLENDA NICKELL
and JAMIE TURNBO,

    DEFENDANTS

## DEFAULT JUDGMENT

The defendant, Twin Cedar Logging, LLC having failed to plead or otherwise defend in this action according to the record, upon motion of Plaintiff for Default Judgment and upon affidavit in support thereof, requesting a declaratory judgment that plaintiff has no duty to defend or indemnify defendant Twin Cedar Logging, LLC in connection with a lawsuit filed by Glenda Nickell and Jamie Turnbo in the Chancery Court of Maury County, Tennessee docket number 11826; it is hereby:

ORDERED, ADJUDGED, AND DECREED that plaintiff, American Western Home Insurance has no duty to defend or indemnify defendant Twin Cedar Logging in connection with the lawsuit filed by Glenda Nickell and Jamie Turnbo in the Chancery Court of Maury County, Tennessee docket number 11826.

                                      _____
                                      U.S. DISTRICT COURT JUDGE WILLIAM J. HAYNES

                                      3-6-08
                                      DATE