IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE AT COLUMBIA

AMERICAN WESTERN HOME
INSURANCE COMPANY,

    PLAINTIFF

VERSUS                                              NUMBER: 1:07-CV-0083
                                                              JUDGE HAYNES

JAMES G. ALLEN, TWIN CEDAR
LOGGING, LLC., GLENDA NICKELL,
and JAMIE TURNBO,

    DEFENDANTS

## ORDER OF DISMISSAL

      Plaintiff American Western Home Insurance Co. filed this action requesting a declaratory judgment that an insurance policy issued to defendants James Allen and Twin Cedar Logging, LLC does not afford coverage or create a duty to defend related to the lawsuit filed by Glenda Nickell and Jamie Turnbo in the Chancery Court of Maury County, Tennessee. On March 5, 2008 this Court entered default judgment against defendant James Allen ordering and decreeing that plaintiff has no duty to defend or indemnify him in connection with the suit filed by defendants Glenda Nickell and Jamie Turnbo. On March 6, 2008 this Court entered default judgment against defendant Twin Cedar Logging, LLC ordering and decreeing that plaintiff has no duty to defend or indemnify it in connection with the lawsuit filed by defendants Glenda Nickell and Jamie Turnbo. Thus Glenda Nickell and Jamie Turnbo are the only remaining defendants in this case.

      Plaintiff did not state a claim for any relief as to remaining defendants Glenda Nickell and Jamie Turnbo. Thus through the entry of default judgments against James

Allen and Twin Cedar Logging, LLC plaintiff has received all of the relief requested. Accordingly, it is hereby:

ORDERED, ADJUDGED, AND DECREED that this case is hereby DISMISSED WITH PREJUDICE as to Glenda Nickell and Jamie Turnbo.

_____
U.S. DISTRICT COURT JUDGE WILLIAM J. HAYNES

5-16-08
DATE